IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| NOVELLA BEARD, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Case No. 7:16-cv-00807-VEH-TMP |
| | ) |
| A. WASHINGTON-ADDUCI, | ) |
| | ) |
| Respondent. | ) |

## MEMORANDUM OPINION

The above-styled action for *habeas corpus* relief was filed by the petitioner, Novella Beard, pursuant to 28 U.S.C. § 2241. On July 18, 2017, the respondent filed a motion to dismiss the petition as moot, asserting that the petitioner had been released from custody. (Doc. 9). On July 19, 2017, the magistrate judge issued an Order To Show Cause, allowing the petitioner twenty days to show why her petition should not be dismissed for want of prosecution or for mootness. (Doc. 11). More than twenty days have elapsed, and the petitioner has not responded to the Order To Show Cause or otherwise contacted the court. Accordingly, this petition for *habeas corpus* relief, filed under 28 U.S.C. § 2241, is due to be DISMISSED WITHOUT PREJUDICE. An Order of Final Judgment shall be entered contemporaneously herewith.

DONE this 9th day of August, 2017.

_____
**VIRGINIA EMERSON HOPKINS**
United States District Judge